IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ROCKY WHITE,

 Movant,

v.

                Civ. No. 16-1094-JDT
                Crim. No. 02-10069-JDT

UNITED STATES,

 Respondent.

---

**ORDER GRANTING MOTION TO HOLD IN ABEYANCE AND
GRANTING MOTION TO FILE SUPPLEMENTAL MEMORANDUM**

---

On May 6, 2016, the Movant, Rocky White, filed a *pro se* motion under 28 U.S.C. § 2255. (ECF No. 1.) Counsel has now appeared on Movant's behalf (ECF No. 5) and has filed a motion (ECF No. 7) to hold this case in abeyance until the Sixth Circuit rules on White's motion for authorization to file a second or successive § 2255 motion, currently pending in the Court of Appeals.

Counsel has also filed a motion (ECF No. 6) for leave to file a supplemental memorandum in order to preserve issues arising out of the decision in *United States v. Stitt*, No. 14-6158, 2016 WL 520048 (6th Cir. Feb. 10, 2016), *vacated and reh'g en banc granted*, 2016 WL 1658598 (6th Cir. Apr. 27, 2016).

Without deciding whether any claim based on the decision in *Stitt* would ultimately be timely filed, the motions are **GRANTED**.

IT IS SO ORDERED.         s/ **James D. Todd**
                   JAMES D. TODD
                   UNITED STATES DISTRICT JUDGE